April 11, 2008

Mr. Richard N. Countiss
Countiss Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051
Mr. Roger A. Berger
Uzick Oncken Scheuerman & Berger
238 Westcott
Houston, TX 77007

RE: Case Number: 07-0312
 Court of Appeals Number: 01-06-00350-CV
 Trial Court Number: 2005-34257

Style: LOU VIRGINIA DANOS, INDIVIDUALLY AND AS NEXT FRIEND OF RYAN
 COCHRAN, A MINOR
 v.
 KEVIN RITTGER, M.D.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Heidi Olsen |
| |Vicknair |
| |Ms. M. Karinne |
| |McCullough |
| |Mr. Charles Bacarisse |